# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| BRETT C. WILLIAMS, SR.<br>144 EVANGELINE RD.<br>MONTZ LA 70068 | 14-12878<br>Chapter 13<br>Section B |

## TRUSTEE'S OBJECTION TO LATE-FILED CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $62,848.70 by the below-named creditor be disallowed, as the claim was filed after the bar date. The claim was filed on April 25, 2015; the bar date was March 10, 2015.

Claimant:

SELENE FINANCE LP
PO BOX 71243
PHILADELPHIA PA  19176

Court's claim #5

Account #2226

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, no later than seven days before the scheduled hearing. If an objection is timely filed and served, a hearing on the motion shall be held on:

June 3, 2015 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

Attorney for debtor:

PHILLIP D RUBINS
pdrlnla1@bellsouth.net

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

**CERTIFICATE OF SERVICE**

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein.

04/27/2015         by: Melissa Frilot