# United States Bankruptcy Court

Eastern District of Louisiana

BRETT C. WILLIAMS, SR.
144 EVANGELINE RD.
MONTZ LA 70068

14-12878
Chapter 13
Section B

## ORDER DISALLOWING CLAIM

Pursuant to a hearing set for June 03, 2015 on the Trustee's Objection to the Late Claim filed in this case on April 25, 2015, in the amount of $62,848.70, by this creditor **(P-30)**:

Creditor:                                            Court's claim #5

SELENE FINANCE LP                                    Account #2226
PO BOX 71243
PHILADELPHIA PA 19176

IT IS ORDERED that the claim is DISALLOWED.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 4, 2015.

_____
Jerry A. Brown
U.S. Bankruptcy Judge